**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**

BROOKE KOCHMAN,

Plaintiff,

v.

BCA FINANCIAL SERVICES, INC.,

Defendant.

_______________________________/

## COMPLAINT

Plaintiff Brooke Kochman ("Plaintiff") files this Complaint against Defendant BCA Financial Services, Inc. ("BCA"), a Florida corporation, and as grounds therefore, would show the Court as follows:

## NATURE OF ACTION

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA") against Crown.

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k. Venue in this jurisdiction is proper because BCA falsely attempted to collect a debt in this jurisdiction that it had no legal right to do so.

## PARTIES

3. Plaintiff Brooke Kochman is a natural person and citizen of the State of Florida, residing in Palm Beach County, Florida.

4. Defendant BCA Financial Services, Inc. is a Florida corporation with a principal


Wites & Kapetan, P.A.
4400 North Federal Highway, Lighthouse Point, FL 33064
(954) 570-8989 (phone); (954) 354-0205 (fax)

place of business located at 18001 Old Cutler Road, Suite 462, Miami, Florida 33157, is a debt collector as defined by the FDCPA, who attempts to collect debts within the State of Florida.

## FACTUAL ALLEGATIONS

5. On September 22, 2014, Plaintiff incurred a debt of $521.50 (the "Debt") for services rendered by Joe Dimaggio Children's Hospital (the "Hospital"), a part of the Memorial Healthcare System, in Florida on her daughter.

6. Plaintiff paid the full amount of the Debt to the Hospital and the account's balance was $0.00, which was confirmed by the Hospital's letter dated December 8, 2014. *See* Exh. "A," Letter from Hospital indicating account had been paid dated December 8, 2014.

7. On or about May 19, 2015, one hundred and sixty two days after the Hospital acknowledged the account was paid, BCA, on behalf of Joe Dimaggio Children's Hospital, mailed Plaintiff a letter at her personal address regarding the very same Debt, identified by Account Number 005003255080, where BCA states:

***

> Dear BROOKE KOCHMAN,
>
> This account has been placed for collections and is seriously past due. The creditor extended services to you in good faith and expects to be paid for these services.
>
> If you have any questions regarding this debt you may speak to an account representative by calling our office. Absent any communication from you we will expect to receive payment on this account.
>
> If you cannot afford to pay this bill, you may contact Memorial Healthcare System at 954-276-5501 and complete a Financial Assistance Application.
>
> This is an attempt to collect a debt and any information obtained shall be used for that purpose. Unless you notify this office within thirty days after receiving this notice that you dispute the validity of this



Wites & Kapetan, P.A.
4400 North Federal Highway, Lighthouse Point, FL 33064
(954) 570-8989 (phone); (954) 354-0205 (fax)

> debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of the judgment and mail you a copy of such judgment or verification. If you request this office in writing within thirty days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

*See* Exh. "B," Letter dated May 19, 2015.

8. According to the letter sent by BCA, Plaintiff's current balance is $521.50, which is the original balance of the Plaintiff's Debt paid to the original creditor.

9. Again, on or about June 24, 2015, BCA, on behalf of Joe Dimaggio Children's Hospital, mailed Plaintiff another letter at her personal address regarding the very same Debt, identified by Account Number 005003255080, where BCA states:

***

> Dear BROOKE KOCHMAN,
>
> We previously informed you of this seriously past due debt however, the balance remains unpaid. We are not aware of any circumstances that would allow you to ignore payment of this account.
>
> Send your payment in the enclosed envelope or call our office to arrange payment by telephone.
>
> To pay online via credit card or check visit https://billpay.mhs.net/cgi/memorialExpress-bin/vortex.cgi.
>
> This is an attempt to collect a debt and any information obtained will be used for that purpose.

*See* Exh. "C," Letter dated June 24, 2015.

10. This letter again indicated the total outstanding debt was $521.50.

11. Further, BCA has written a letter to Plaintiff as recent as July 9, 2015, regarding the Debt, which has been paid since 2014.



Wites & Kapetan, P.A.
4400 North Federal Highway, Lighthouse Point, FL 33064
(954) 570-8989 (phone); (954) 354-0205 (fax)

12. Despite the fact the Debt has been paid and settled, BCA continues to seek payment in the amount of $521.50.

13. BCA's continuous sending of letters to Plaintiff is an attempt to collect on the Debt, which was previously settled, is a clear violation of the Fair Debt Collection Practices Act.

**COUNT I – VIOLATION OF THE FDCPA – FALSE OR MISLEADING REPRESENTATION**

14. Plaintiff repeats the allegations set forth in paragraphs 1 through 13 above as if fully restated herein.

15. BCA's actions constitute a false or misleading communication in violation of 15 U.S.C. § 1692e(2) in that BCA is asserting that the Plaintiff was obligated to pay $521.50, despite the fact that the original creditor, the Hospital, acknowledged the account had been paid as of December 8, 2014.

**WHEREFORE**, Plaintiff requests that the Court enter judgment in favor of the Plaintiff and against BCA for damages, attorney's fees, litigation expenses and costs of suit, and such other relief or further relief as the Court deems proper.

**REQUEST FOR JURY TRIAL**

Plaintiff hereby requests a trial by jury of all issues so triable as a matter of right.

Dated: August 3, 2015


Wites & Kapetan, P.A.
4400 North Federal Highway, Lighthouse Point, FL 33064
(954) 570-8989 (phone); (954) 354-0205 (fax)

Respectfully Submitted,

**WITES & KAPETAN, P.A.**
Attorneys for Plaintiff
4400 North Federal Highway
Lighthouse Point, FL 33064
954-570-8989
954-354-0205 (fax)

By: */s/ Marc A. Wites*
MARC A. WITES
Fla. Bar No. 24783
mwites@wklawyers.com
CHAD J. ROBINSON
Fla. Bar No. 56922
crobinson@wklawyers.com

**LAW OFFICES OF STEVEN C. HOLZMAN**
Attorney for Plaintiff
4400 North Federal Highway
Lighthouse Point, FL 33064
561-789-5366

By: */s/ Steven C. Holzman*
STEVEN C. HOLZMAN
Fla. Bar No. 667617
scholzman@gmail.com

**Memorial Healthcare System**

MEMORIAL REGIONAL HOSPITAL ~ MEMORIAL REGIONAL HOSPITAL SOUTH ~ JOE DIMAGGIO CHILDREN'S HOSPITAL MEMORIAL HOSPITAL WEST ~ MEMORIAL HOSPITAL MIRAMAR ~ MEMORIAL HOSPITAL PEMBROKE

12/08/2014

Brooke Kochman
10306 GENTLEWOOD FOREST DRIVE
Boynton Beach, Florida 33473

Patient Name: KOCHMAN,MAGGIE
Account Number: 5003255080
Balance: $0.00

Dear Brooke Kochman:

This letter is to inform you that the above-referenced account is paid.

Thank you for choosing a Memorial Healthcare System facility for your health care needs.

Sincerely,

Memorial Healthcare System

2900 Corporate Way ~ Miramar, FL 33025 ~ (954) 276-5502

EXHIBIT

A

18001 OLD CUTLER ROAD, SUITE 462
MIAMI FLORIDA 33157-6437
**CHANGE SERVICE REQUESTED**

**BCA**
Financial Services, Inc.
A Debt Collection Company

| CIRCLE CARD USING FOR PAYMENT | |
|---|---|
| CARD NUMBER + 3 OR 4 DIGIT SECURITY CODE (ON BACK) | AMOUNT |
| CARD BILLING ADDRESS AND ZIP CODE | |
| SIGNATURE | EXP DATE |
| REFERENCE NUMBER: 41067646 | |

MAY 19 2015

41067646-1 694023969

BROOKE KOCHMAN
10306 Gentlewood Forest Dr
Boynton Beach FL 33473-4862

BCA FINANCIAL SERVICES, INC.
18001 OLD CUTLER ROAD, SUITE 462
MIAMI FL 33157-6437

Detach this Portion and Return With Payment

Please refer to the following reference number when calling our office: 41067646

Date: MAY 19 2015
Creditor: JOE DIMAGGIO CHILDREN'S HOSPITAL
Creditor Reference Number: 005003255080
For: MAGGIE KOCHMAN
Balance: $521.50

Dear BROOKE KOCHMAN,

This account has been placed for collections and is seriously past due. The creditor extended services to you in good faith and expects to be paid for these services.

If you have any questions regarding this debt you may speak to an account representative by calling our office. Absent any communication from you we will expect to receive payment on this account.

If you cannot afford to pay this bill, you may contact Memorial Healthcare System at 954-276-5501 and complete a Financial Assistance Application.

This is an attempt to collect a debt and any information obtained shall be used for that purpose. Unless you notify this office within thirty days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of the judgment and mail you a copy of such judgment or verification. If you request this office in writing within thirty days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

**BCA Financial Services, Inc ♦ 18001 Old Cutler Road, Suite 462 ♦ Miami Florida 33157**
**Calls made within Miami, Florida: 305-777-7100 ♦ Calls made from outside Miami, Florida: 888-277-8360**

198ONBCAF01001

EXHIBIT



18001 OLD CUTLER ROAD, SUITE 462
MIAMI FLORIDA 33157-6437
**CHANGE SERVICE REQUESTED**




41067646-2 620629104

BROOKE KOCHMAN
10306 Gentlewood Forest Dr
Boynton Beach FL 33473-4862

Please refer to the following reference number when calling our office: 41067646

Date: JUN 24 2015
Creditor: JOE DIMAGGIO CHILDREN'S HOSPITAL
Creditor Reference Number: 005003255080
For: MAGGIE KOCHMAN
Balance: $521.50

Dear BROOKE KOCHMAN,

We previously informed you of this seriously past due debt however, the balance remains unpaid. We are not aware of any circumstances that would allow you to ignore payment of this account.

Send your payment in the enclosed envelope or call our office to arrange payment by telephone.

To pay online via credit card or check visit https://billpay.mhs.net/cgi/memorialExpress-bin/vortex.cgi.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

**BCA Financial Services, Inc • 18001 Old Cutler Road, Suite 462 • Miami Florida 33157**
**Calls made within Miami, Florida: 305-777-7100 • Calls made from outside Miami, Florida: 888-277-8360**

***Detach Lower Portion and Return With Payment***

Date: JUN 24 2015
Creditor: JOE DIMAGGIO CHILDREN'S HOSPITAL
Creditor Reference Number: 005003255080
For: MAGGIE KOCHMAN
Balance: $521.50

BROOKE KOCHMAN
10306 Gentlewood Forest Dr
Boynton Beach FL 33473-4862

BCA FINANCIAL SERVICES, INC.
18001 OLD CUTLER ROAD, SUITE 462
MIAMI FL 33157-6437

EXHIBIT
C

725ONBCAF01002